**UNITED STATES COURT OF APPEAL**
**For the Fifth Circuit**

---

**No. 98-30112**

---

**WILLIAM T. POE; WILLIAM T POE & ASSOCIATES,**

Plaintiffs-Appellants,

**VERSUS**

**BUREAU OF DIPLOMATIC SECURITY, a unit of the**
**Department of State,**

Defendants,

**BUREAU OF DIPLOMATIC SECURITY, a unit of the Department of State;**
**OFFICE OF PERSONNEL MANAGEMENT, an agency of the United States;**
**DAVID BOWYER; THOMAS WASCOM; CAP FRANK, Dr.; SONZA & COMPANY,**
**LTD; BUREAU OF ALCOHOL TOBACCO & FIREARMS, a unit of the**
**Department of the Treasury; UNITED STATES OF AMERICA,**

Defendants-Appellees.

---

**Appeal from the United States District Court**
**for the Middle District of Louisiana**
**(94-CV-562)**

---

December 8, 1998

Before JOLLY, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[1]

    **AFFIRMED.** <u>See</u> 5th Cir. R. 47.6.

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.